RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN 3 0 2026

DANIEL J. McCOY, CLERK
BY:_____

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>ALEX TAYLOR FONTENOT<br><br><br><br>*Defendant(s)* | Case No.<br>2:26-mj-00026 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 25, 2026__ in the county of __Calcasieu__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitted Threatening Communications to Injure Persons |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Hamilton Hicks- FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan 30, 2026

_____
*Judge's signature*

City and state: __Lake Charles, LA__

James D. Cain, United States District Judge
*Printed name and title*